1   MARK JOSEPH KENNEY (State Bar No. 87345)
    mjk@severson.com
2   JOHN B. SULLIVAN (State Bar No. 96742)
    jbs@severson.com
3   SUNNY S. HUO (State Bar No. 181071)
    ssh@severson.com
4   SEVERSON & WERSON
    A Professional Corporation
5   One Embarcadero Center, Suite 2600
    San Francisco, CA  94111
6   Telephone:  (415) 398-3344
    Facsimile:  (415) 956-0439
7
    Attorneys for Defendant
8   Bank of America, N.A.

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  MARY B. LABRADOR, individually and on      Case No.:
    behalf of all others similarly situated,
13                                             **BANK OF AMERICA'S CERTIFICATE**
                    Plaintiff,                 **AS TO INTERESTED PARTIES**
14
          vs.
15
    BANK OF AMERICA, N.A.,
16
                    Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

10597/0052/655154.1                          Certificate of Interested Parties
                                             Case No.:

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2   associations of persons, firms, partnerships, corporations (including parent corporations) or other

3   entities (i) have a financial interest in the subject matter in controversy or in a party to the

4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5   substantially affected by the outcome of this proceeding:

6       1.      Bank of America Corporation is the parent of Bank of America, N.A.

7   DATED:  January 17, 2008                    SEVERSON & WERSON
                                                A Professional Corporation
8

9

10                                              By: _____
                                                        Sunny S. Huo

11                                              Attorneys for Defendant
                                                Bank of America, N.A.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28