1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
3  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  Bank of America, N.A.

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  MARY B. LABRADOR, individually and on        Case No.:  CV-08-0321 MMC
    behalf of all others similarly situated,
13                                               **STIPULATION TO EXTEND TIME TO**
                    Plaintiff,                   **RESPOND TO COMPLAINT**
14
            vs.
15
    BANK OF AMERICA, N.A.,
16
                    Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Local Rule 6-1, the parties, by and through their respective counsel, hereby stipulate that Defendant Bank of America N.A. shall have 21 additional days to respond to Plaintiff's complaint after removal.

This stipulation is made after respective counsel for the Plaintiff and for Defendant conferred and agreed that, because of the parties' discussions concerning the possible early resolution of the case, there is good cause to extend Defendant's time to respond to the complaint after removal.

IT IS SO STIPULATED.

DATED:  January ___, 2008                    SEVERSON & WERSON
                                             A Professional Corporation


                                             By: _____/S/_____
                                                          John B. Sullivan

                                             Attorneys for Defendant
                                             Bank of America N.A.


DATED:  January ___, 2008                    CHAVEZ & GERTLER, LLP


                                             By: _____/S/_____
                                                          Mark A. Chavez

                                             Attorney for Plaintiff
                                             Mary B. Labrador

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 1 -