1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
3  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  Bank of America, N.A.

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12 | MARY B. LABRADOR, individually and on behalf of all others similarly situated, | Case No.:  CV-08-0321 MMC
13 | | **THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
   | Plaintiff, |
14 | |
   | vs. |
15 | |
   | BANK OF AMERICA, N.A., |
16 | |
   | Defendant. |
17

1  Pursuant to Local Rule 6-1, the parties, by and through their respective counsel, hereby stipulate that Defendant Bank of America N.A. shall have 30 additional days to respond to Plaintiff's complaint after removal.  The response date will therefore be continued from March 4 to April 3, 2008.

This stipulation is made after respective counsel for the Plaintiff and for Defendant conferred and agreed that, because of the parties have made substantial progress in their discussions concerning the possible early resolution of the case, there is good cause to extend Defendant's time to respond to the complaint.

IT IS SO STIPULATED.

DATED:  March 4, 2008                    SEVERSON & WERSON
                                         A Professional Corporation


                                         By:  _____/S/_____
                                                   Sunny Huo

                                         Attorneys for Defendant
                                         Bank of America N.A.


DATED:  March 4, 2008                    CHAVEZ & GERTLER, LLP


                                         By:  _____/S/_____
                                                  Mark Chavez

                                         Attorney for Plaintiff
                                         Mary B. Labrador


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 1 -

10597/0052/655221.3                      Stipulation to Extend Time to Respond to Complaint
                                         Case No. CV-08-0321 MMC: