BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC
ANDREW S. FRIEDMAN (to be admitted *pro hac vice*)
GARRETT W. WOTKYNS (to be admitted *pro hac vice*)
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
afriedman@bffb.com

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 90858)
NANCE F. BECKER (Bar No. 99292)
DAN GILDOR (Bar No. 223027)
42 Miller Ave.
Mill Valley, CA 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
mark@chavezgertler.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY B. LABRADOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No.: 3:08-cv-00321 MMC<br><br>**CLASS ACTION**<br><br>Complaint filed: December 17, 2007<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Mary Labrador by and through undersigned counsel, hereby dismiss this action without prejudice. Defendant has not yet answered or responded to this action.

Respectfully submitted,

Dated: March 18, 2008

CHAVEZ & GERTLER LLP

BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, PC

By: _____
Mark A. Chavez