BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC
ANDREW S. FRIEDMAN (to be admitted *pro hac vice*)
GARRETT W. WOTKYNS (to be admitted *pro hac vice*)
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: (602)274-1100
Facsimile:  (602)274-1199

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 90858)
NANCE F. BECKER (Bar No. 99292)
DAN GILDOR (Bar No. 223027)
42 Miller Ave.
Mill Valley, CA  94941
Telephone: (415) 381-5599
Facsimile:  (415) 381-5572

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY B. LABRADOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No.:  C-08-0321-MMC<br><br>**[PROPOSED] ORDER** |

For the reasons stated in plaintiff's Administrative Motion To Determine Whether Cases Should Be Related, the Court finds that case C:08-CV-2270 SC is related to previously-filed action number CV-08-0321 MMC, and accordingly orders it transferred back to the Honorable Maxine Chesney.

IT IS SO ORDERED.

Dated: _____          _____
                                        THE HONORABLE MAXINE M. CHESNEY
                                        Judge Of The Northern District of California

1