1 | MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
2 | JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
3 | ANDREA H. HENNINGSEN (State Bar No. 167361)
ahh@severson.com
4 | SEVERSON & WERSON
A Professional Corporation
5 | One Embarcadero Center, Suite 2600
San Francisco, CA  94111
6 | Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
SEATTLE MORTGAGE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARY B. LABRADOR, individually and on behalf of all others similarly situated, | Case No.: 3:08-CV-00321 MMC |
|---|---|
| Plaintiff, | CLASS ACTION |
| vs. | **SEATTLE MORTGAGE COMPANY'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO DETERMINE WHETHER CASES SHOULD BE RELATED; DECLARATION OF COUNSEL** |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

10597/0052/673322.1                                                Case No. 3:08-CV-00321 MMC:

1  Pursuant to Northern District Local Rule 3-12, defendant Seattle Mortgage Company ("Seattle") opposes plaintiffs' administrative motion to determine whether cases should be related. Seattle Mortgage Company is a defendant in the case of *Labrador v. Seattle Mortgage Company*, Case No. 3:08-CV-2270-SC. Seattle files this opposition under the herein-captioned action, Case No. 3:08-CV-00321 MMC, pursuant to Local Rule 3-12, which requires that an opposition to an administrative motion to determine whether cases be related be filed in the "earliest filed" case. The two cases, 3:08-CV-00321 MMC and 3:08-CV-2270-SC, are not related pursuant to the definition set forth in Local Rule 3-12(a).

Local Rule 3-12(a) defines "related cases," and states that a case is related to another when (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. Pursuant to this definition, both tests must be met for a case to be deemed "related" to another. Yet plaintiffs only address the first test, whether the actions concern substantially the same parties, property, transaction or event.

Seattle concedes that plaintiffs first filed a state court complaint against Bank of America ("Bank of America action"), later removed to this Court and assigned to the Honorable Maxine Chesney, alleging the same facts and asserting the same claims they have now alleged in the new action against Seattle Mortgage Company. The first test is likely met with respect to the Bank of America action and the second action filed against Seattle.

However, the second test is not met with respect to the two cases. Plaintiffs admit that they dismissed the Bank of America action two months after it was removed to this Court. The Bank of America action is reflected as "closed" on the Court docket which explains why plaintiffs did not originally file the instant motion in that case, the "earliest filed case," as required by Local Rule 3-12. The Court docket also shows that there was no activity in the Bank of America action following the filing of the Notice of Removal, save two stipulations to extend time to respond to the complaint. Bank of America never responded to the complaint, and plaintiff filed a voluntary dismissal without prejudice on March 19, 2008. As such, there will be no "duplication" of "labor

1 and expense or conflicting results" if the second case is assigned to Judge Conti, since Judge Chesney was not required to spend any time on the Bank of America action. The Bank of America action was not litigated.

For these reasons, the definition of "related cases" is not met here, since one of the two criteria cannot be satisfied. Plaintiffs' administrative motion should be denied.

DATED: May 29, 2008

SEVERSON & WERSON
A Professional Corporation

By:   /s/  Andrea H. Henningsen
            Andrea H. Henningsen

Attorneys for Defendant
SEATTLE MORTGAGE COMPANY

- 3 -

10597/0052/673322.1                                      Case No. 3:08-CV-00321 MMC

DECLARATION OF COUNSEL

I, Andrea Henningsen, declare:

1. I am attorney admitted to practice before this Court, and associated with the law firm of Severson & Werson, counsel of record for Seattle Mortgage Company. Seattle Mortgage Company is a defendant in the case of *Labrador v. Seattle Mortgage Company*, Case No. 3:08-CV-2270-SC. I have personal knowledge of the matters set forth below, and if called upon I could testify competently about them.

2. Attached hereto as Exhibit A is a copy of the docket in Case No. 3:08-CV-00321 MMC, *Labrador v. Bank of America*, reflecting that, after the filing of the Notice of Removal, the parties filed two stipulations to extend the time to respond to the complaint, and then plaintiffs voluntarily dismissed the action. The matter was not litigated. The docket also shows that this matter is closed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and was executed on May 29, 2008.

                                                         /s/    Andrea H. Henningsen
                                                               Andrea H. Henningsen

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**Opposition to Plaintiffs' Administrative Motion to Determine Whether Cases Should be Related; Declaration of Counsel**

**[Proposed] Order**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

| **In Case 3:08-cv-00321 MMC** | **In Case 3:08-cv-02270-SC** |
|---|---|
| Nance Felice Becker | Nance Felice Becker |
| Mark Andrew Chavez | Mark Andrew Chavez |
| Dan Leo Gildor | Jan Timothy Chilton |
| Sunny S. Huo | Andrea Hackett Henningsen |
| Mark J. Kenney | John B. Sullivan |
| John B. Sullivan | |

**Served By Mail:**

| **In Case 3:08-cv-00321 MMC** | **In Case 3:08-cv-02270-SC** |
|---|---|
| Andrew S. Friedman, Esq. | Andrew S. Friedman, Esq. |
| Garrett W. Wotkyns, Esq. | Garrett W. Wotkyns, Esq. |
| BONNETT, FAIRBURN, FRIEDMAN & BALINT, PC | BONNETT, FAIRBURN, FRIEDMAN & BALINT, PC |
| 2901 N. Central Avenue, Suite 1000 | 2901 N. Central Avenue, Suite 1000 |
| Phoenix, AZ 85012 | Phoenix, AZ 85012 |

**Lodged with Chambers of:**

**Honorable Maxine M. Chesney**           **Honorable Samuel Conti**

✕ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on May 29, 2008.

           /s/   Anne Ogonowski
           Anne Ogonowski

EXHIBIT A

ADRMOP, CLOSED, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-00321-MMC

Labrador v. Bank of America, N.A.
Assigned to: Hon. Maxine M. Chesney
Demand: $5,000,000
Cause: 28:1331 Fed. Question

Date Filed: 01/17/2008
Date Terminated: 03/19/2008
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Mary B. Labrador**
*individually and on behalf of all others similarly situated*

represented by **Mark Andrew Chavez**
Chavez & Gertler LLP
42 Miller Avenue
Mill Valley, CA 93941
415-381-5599
Fax: 415-381-5572
Email: mark@chavezgertler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dan Leo Gildor**
Chavez & Gertler LLP
42 Miller Ave
Mill Valley, CA 94941
415-381-5599
Fax: 415 381-5572
Email: dgildor@chavezgertler.com
*ATTORNEY TO BE NOTICED*

**Nance Felice Becker**
Chavez & Gertler LLP
42 Miller Avenue
Mill Valley, CA 94941
415-381-5599
Fax: 415-381-5572
Email: nance@chavezgertler.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bank of America, N.A.**

represented by **Sunny S. Huo**

Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
415-398-3344
Fax: 415 956-0439
Email: ssh@severson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John B. Sullivan**
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
415 398-3344
Fax: 415 956-0439
Email: jbs@severson.com
*ATTORNEY TO BE NOTICED*

**Mark J. Kenney**
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
(415) 398-3344
Fax: 415 956-0439
Email: mjk@severson.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2008 | 1 | NOTICE OF REMOVAL UNDER THE CLASS ACTION FAIRNESS ACT [28 U.S.C. 1332(d), 1453(b)] (NO PROCESS) JURY TRIAL DEMANDED from Superior Court of California County of San Francisco. Their case number is CGC-07-470128. (Filing fee $350.00 receipt number 34611014705). Filed byBank of America, N.A. (aaa, Court Staff) (Filed on 1/17/2008) (Additional attachment(s) added on 1/29/2008: # 1 Exhibits, # 2 Civil Cover Sheet) (aaa, Court Staff). (Entered: 01/18/2008) |
| 01/17/2008 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 4/18/2008. Case Management Conference set for 4/25/2008 10:30 AM. Signed by Judge Maxine M. Chesney on 1/17/08. (Attachments: # 1 MMC Standing Order, # 2 Standing Order)(aaa, Court Staff) (Filed on 1/17/2008) (Entered: 01/18/2008) |
| 01/17/2008 | 3 | Certificate of Interested Entities by Bank of America, N.A. identifying Corporate Parent Bank of America Corporation for Bank of America, N.A. (aaa, Court Staff) (Filed on 1/17/2008) (aaa, Court Staff). (Entered: 01/18/2008) |
| 01/17/2008 |   | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 1/17/2008) (Entered: 01/18/2008) |
| 01/22/2008 | 4 | STIPULATION *To Extend Time To Respond To Complaint* by Bank of America, N.A.. (Huo, Sunny) (Filed on 1/22/2008) (Entered: 01/22/2008) |

| 01/22/2008 | 5 | CERTIFICATE OF SERVICE by Bank of America, N.A. *of (A) Notice To Adverse Party Of Notice Of Removal To Federal Court and (B) Other Documents* (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Notice To Adverse Party Of Removal To Federal Court, # 3 Notice Of Removal Under The Class Action Fairness Act, # 4 Exhibits to Notice of Removal Under The Class Action Fairness Act, # 5 Bank of America's Certificate As To Interested Parties, # 6 Notice of Availability Of Magistrate Judge To Exercise Jurisdiction; Welcome to the U.S. District Court, San Francisco; Order Setting Initial Case Management Conference and ADR Deadlines)(Huo, Sunny) (Filed on 1/22/2008) (Entered: 01/22/2008) |
| --- | --- | --- |
| 01/28/2008 | 6 | CLERK'S NOTICE to Defendant(s) Attorney(s) by e-mail or U.S. mail re: Failure to E-File/E-Mail re 1 Notice of Removal & 3 Certificate of Interested Entities and/or Failure to Register as an E-Filer (aaa, Court Staff) (Filed on 1/28/2008) (Entered: 01/28/2008) |
| 03/04/2008 | 7 | STIPULATION *Third Stipulation To Extend Time To Respond To Complaint* by Bank of America, N.A.. (Huo, Sunny) (Filed on 3/4/2008) (Entered: 03/04/2008) |
| 03/19/2008 | 8 | NOTICE of Voluntary Dismissal *without Prejudice* by Mary B. Labrador (Chavez, Mark) (Filed on 3/19/2008) (Entered: 03/19/2008) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 05/28/2008 08:51:49 | | | |
| PACER Login: | sw0817 | Client Code: | 11925.0001 |
| Description: | Docket Report | Search Criteria: | 3:08-cv-00321-MMC |
| Billable Pages: | 2 | Cost: | 0.16 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY B. LABRADOR, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A.,<br><br>            Defendant. | Case No.: 3:08-CV-00321 MMC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO DETERMINE WHETHER CASES SHOULD BE RELATED** |

Plaintiffs' Administrative Motion to Determine Whether Cases Should Be Related is denied, as matters CV-08-0321-MMC and C-08-2270-SC are not related pursuant to the definition of "related cases" set forth in Local Rule 3-12.

IT IS SO ORDERED.

DATED: _____

_____
The Honorable Maxine M. Chesney
Judge of the Northern District of California

10597/0052/673327.1                                    Case No. CV-08-0321 MMC: