UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases may be related within the meaning of Civil L.R. 3-12(a):

    C 08-0321 MMC    Labrador v. Bank of America, N.A.
    C 08-2270 SC     Labrador v. Seattle Mortgage Company

**ORDER**

On the basis of the material submitted to the Court in support of and in opposition to the motion, as the Judge assigned to the earliest filed case, I find that the cases:

    [ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a), for the reason that the earlier case was voluntarily dismissed shortly after its removal to federal court.

    [   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**: May 30, 2008

                                       MAXINE M. CHESNEY
                                       United States District Judge